UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chad Allan Johnson,

Plaintiff,

v.

Check Point Security Systems
Group, Inc.,

Defendant.

Civil 00-1631 MJD/SRN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: August 4, 2000.

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED AUG 04 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Please use

new case number:

00-1631 MJD/FLN