**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**JUDGE DAVIS/MAGISTRATE JUDGE NELSON**

---

Chad Allen Johnson,
MJD/SRN

Plaintiff,

v.

Checkpoint Security Systems
Group, Inc.

Defendant.

---

Court File No. 00-1631 MJD/FLN

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The parties to the above-captioned matter, through their counsel, hereby stipulate and agree that Defendant Checkpoint Security Systems, Inc. may have until August 23, 2000 to respond to Plaintiff's Complaint, which was served on Defendant on July 14, 2000.

**AGREED:**

Dated: August 2, 2000

Diane M. Odeen (0284142)

NICHOLS KASTER & ANDERSON
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

**Attorneys for Plaintiff**

FILED AUG 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

1973923v1

Dated: August 3, 2000

Ellen G. Samspon (155998)

LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION
150 South Fifth Street
Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

**Attorneys for Defendant**

**IT IS SO ORDERED:**

Dated: 8-4-00

Michael J. Davis
United States District Court Judge