UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chad Allen Johnson, Civil No. 00-1631 MJD/FLN

Plaintiff,

v. PRETRIAL SCHEDULE

Check Point Security Systems Group, Inc.,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All discovery shall be commenced in time to be completed by May 1, 2001.

b. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

c. No more than 25 Requests for Admission shall be served by any party.

d. No more than 25 Document Requests shall be served by any party.

e. No more than 6 depositions shall be taken by any party.

f No more than one Rule 35 medical examination shall be conducted.



FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by April 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before January 16, 2001.

2) By Defendant(s) on or before February 12, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before February 1, 2001.

2) By defendant(s) on or before March 1, 2001.

c. Each party may depose no more than 3 expert witnesses on or before April 1, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and heard prior to June 1, 2001.

b. Counsel are reminded that they must anticipate the

time required for scheduling this hearing by calling Calendar Clerk Angela Chianelli at 612-664-5073.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial on and after June 1, 2001, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 2 trial days.

DATED: Oct 23, 2000.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge