**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Chad Allen Johnson,

Plaintiff,

v.

Check Point Security
Systems Group, Inc.,

Defendant

Court File No. 00-1631 MJD/FLN

**STIPULATION FOR DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs and Defendant, through their respective undersigned attorneys, that the above-entitled action may be and is hereby dismissed upon the merits with prejudice. The Court may enter judgment herein dismissing the action accordingly.

Dated: 6-29-01

BY THE COURT:

Judge of District Court

Dated: 6/21/01

NICHOLS KASTER & ANDERSON, PLLP

By

Diane M. Odeen
Attorney for Plaintiff
4644 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-1919

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 21, 2001

LEONARD STREET & DEINARD, P.A.

By [signature]

Ellen G. Sampson
150 South Fifth Street
Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

ATTORNEYS FOR DEFENDANT